# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Stephanie Ramirez Mortin,** | § | |
| *Plaintiff* | § | |
| | § | **Case No. 1:26-cv-00368-ADA-SH** |
| **v.** | § | |
| | § | |
| **Damian Zepeda,** | § | |
| *Defendant* | § | |

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

**TO:    THE HONORABLE ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

On March 19, 2026, this Magistrate Judge granted Plaintiff Stephanie Ramirez Mortin's motion for *in forma pauperis* status under 28 U.S.C. § 1915(a)(1).[1] Dkt. 5. To complete the Court's required review of her Complaint for frivolousness under 28 U.S.C. § 1915(e)(2), the Court ordered Mortin to file a more definite statement by April 3, 2026 answering four questions about her claims. *Id.* at 3. The Court warned Mortin that "failure to fully comply with this Order by the deadline may result in the Court's recommendation that this case be dismissed." *Id.* at 3. She has not filed a more definite statement or otherwise complied with the Court's Order.

A district court may dismiss an action *sua sponte* for failure to prosecute or to comply with any court order under Rule 41(b). *Griggs v. S.G.E. Mgmt., LLC*, 905 F.3d 835, 844 (5th Cir. 2018). Because Mortin did not comply with the Court's Order and prosecute her case, this Magistrate Judge recommends that the case be dismissed.

---

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 4.

## I.     Recommendation

This Magistrate Judge **RECOMMENDS** that the District Court **DISMISS** this case without prejudice under Rule 41(b).

It is **ORDERED** that the Clerk **REMOVE** this case from the Magistrate Court's docket and **RETURN** it to the docket of the Honorable Alan D Albright.

## II.     Warnings

The parties may file objections to this Report and Recommendation. A party filing objections must specifically identify those findings or recommendations to which objections are being made. The District Court need not consider frivolous, conclusive, or general objections. *See Battle v. United States Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). A party's failure to file written objections to the proposed findings and recommendations contained in this Report within fourteen (14) days after the party is served with a copy of the Report shall bar that party from de novo review by the District Court of the proposed findings and recommendations in the Report and, except on grounds of plain error, shall bar the party from appellate review of unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc).

**SIGNED** on April 8, 2026.

_____

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE