**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Stephanie Ramirez Mortin, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. 1:26-CV-00368-ADA-SH |
| | § | |
| Damian Zepeda, | § | |
| Defendant. | § | |

## ORDER

Before the Court are two Reports and Recommendations from United States Magistrate Judge Susan Hightower. Dkt. Nos. 5, 8. The first Report (Dkt. No. 5) recommends denying Plaintiff's Motion for Preliminary Injunction (Dkt. No. 3) and orders Plaintiff to provide a more definite statement answering certain questions. Plaintiff has not complied with the Court's order, despite being notified that the Court could dismiss the suit *sua sponte* for failure to comply with the order. The second Report (Dkt. No. 8) recommends dismissing Plaintiff's claims without prejudice for failure to comply with a Court's order.

Plaintiff has not filed any objections to either Report from Judge Hightower. The undersigned finds that both Reports should be adopted. Plaintiff has not filed any response or shown the Court any reason why the case should not be dismissed, and the preliminary injunction motion should be denied for the reasons set forth in Judge Hightower's first Report.

**IT IS THEREFORE ORDERED** that Judge Hightower's first Report (Dkt. No. 5) is **ADOPTED**. Plaintiff's Motion for Preliminary Injunction (Dkt. No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that Judge Hightower's second Report (Dkt. No. 8) is **ADOPTED**. The court hereby **ORDERS** that this case be **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this 1st day of June, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE